IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:13-00082 |
| | ) Chief Judge Haynes |
| JOSUE CASTRO-PINEDA | ) |

[Handwritten note from judge, approximately: "Own SR / This motion is / GRANTED on the / interests of justice / allowing defense / counsel / to be / prepared / for / trial. / [signature] / 6-28-13"]

## MOTION TO CONTINUE TRIAL DATE AND RELATED DEADLINES

Comes Josue Castro-Pineda, through counsel, and moves this Honorable Court to continue the trial date in this matter from Tuesday, July 16, 2013, at 9:00 a.m. to a date convenient with the Court's calendar. Further, counsel moves that related deadlines be re-set by the Court. Van Vincent, the Assistant United States Attorney handling the case for the government, is not opposed to Mr. Castro's request.

A continuance is necessary in this case to explore both the trial and settlement options. In addition, Mr. Castro has filed a motion to suppress, which may require a government response and a hearing, or be handled as part of a plea disposition. Additional time is necessary in all aspects of this case. The parties hope to reach an agreed disposition.

Counsel met with Mr. Castro on Thursday, June 27, 2013. He understood the necessity for a continuance and executed the waiver of speedy trial that is being filed with this motion.

Respectfully submitted,

s/ Jude T. Lenahan
JUDE T. LENAHAN, BPR # 003759
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047

Attorney for Josue Castro Pineda