IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:13-00082 |
| | ) | CHIEF JUDE HAYNES |
| v. | ) | |
| | ) | |
| JOSUE CASTRO PINEDA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon review of the file, counsel for all parties have 10 days to submit an Agreed Order for a hearing on all pending motions to suppress.

It is so **ORDERED**.

**ENTERED** this the 22nd day of August, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court