UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:13-00082 |
| v. | ) | |
| | ) | JUDGE HAYNES |
| INES PENA LOPEZ, *et al.* | ) | |

## AGREED ORDER TO SCHEDULE PRETRIAL MOTIONS

Pursuant to the Court's Order (Docket Entry No. 78), and based upon the signature of counsel for the parties, the motions to suppress filed by the Defendants shall be heard on Friday, October 4, 2013 at 9:00 a.m.

**It is so ordered.**

_____
WILLIAM J. HAYES, JR.
Chief Judge
United States District Court

APPROVED FOR ENTRY:

**THE LAW OFFICE OF DAVID L. COOPER, P.C.**

 s/ David L. Cooper
**DAVID L. COOPER, BPR# 11445**

Third Avenue North Building
208 Third Avenue, North
Suite 300
Nashville, TN 37201
(615) 256-1008

*Attorney for Defendant Ines Lopez*

1