IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:13-00082 |
| v. | ) | |
| | ) | JUDGE HAYNES |
| INES PENA LOPEZ | ) | |

## MOTION TO SUPPRESS EVIDENCE SEIZED BY THE GOVERNMENT

Defendant Ines Pena Lopez, by and through undersigned counsel, does hereby move the Court pursuant to Rule 12(b) of the Federal Rules of Criminal Procedure to suppress certain evidence seized by the government pursuant to a search warrant executed on April 26, 2013 at 153 Ocala Drive, Antioch, Tennessee. Specifically, Defendant Lopez moves the Court to suppress certain amounts of heroin and cocaine seized from the residence, as well as from Defendant Lopez.

Based on the illegal search warrant executed at the residence, Defendant Lopez requests the Court suppress certain incriminating statements he allegedly made at the time of his arrest.

Finally, and based separately on *Miranda v. Arizona*, 384 U.S. 486 (1966), Defendant Lopez moves to suppress the custodial statements given to law enforcement as not voluntary, and a violation of the 4th Amendment to the United States Constitution.

Defendant submits a memorandum of law in support of the motion to suppress.

*ORDER*

*The evidentiary hearing on all pending motions is set for January 10, 2014 at 10:00 am*

[signature]
12-18-13

1