UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:13-00082 |
| ) | Chief Judge Haynes |
| ) | |
| JOSUE CASTRO PINEDA, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the Memorandum filed herewith, the motions to suppress filed by Defendants Ines Lopez Pena and Raul Cedello Pena (Docket Entry Nos. 52 and 54) are **DENIED**.

It is so **ORDERED**.

**ENTERED** this _13th_ day of February, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court